IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| NOEL MENDOZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 108-125 |
| ) | (Formerly CR 106-009) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED** without an evidentiary hearing, this civil action is **CLOSED,** and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 14th day of October, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE